FILED
2020 JUN 2 AM 11:28
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIBERTY LESTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGE HOUSE, LLC, a Utah limited liability company, and ROD ANDRUS, an individual,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>Case No.: 1:19-cv-00131-BSJ<br><br>Judge Bruce Jenkins |

Based upon the Stipulated Motion to Dismiss Complaint with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff Liberty Lester's Complaint in the above-captioned matter, including all claims that were or could have been asserted therein, is hereby DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of June, 2020.

BY THE COURT

_____
The Honorable Bruce Jenkins
United States District Court Judge

1637031.1